UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM INC.,<br><br>    Defendant. | Case No. 4:12-cv-03861-SBA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND ORDER TO STAY PURSUANT TO 28 U.S.C. § 1659**<br><br>**JURY TRIAL DEMANDED** |

Having considered the Stipulation and Order to Stay Pursuant to 28 U.S.C. § 1659, and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation to Stay is GRANTED. The proceedings in the above-captioned case are hereby STAYED until the determination of the Commission becomes final in ITC Investigation No. 853, including any and all appeals.

Dated: 10/16/12

_____
The Hon. Saundra B. Armstrong
United States District Court Judge