UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>AMAZON.COM INC.,<br><br>     Defendant. | Case No:  C 12-3861 SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

On October 16, 2012, the Court approved the parties' stipulation to stay the instant action pursuant to 28 U.S.C. § 1659 until the determination of the International Trade Commission ("Commission") becomes final in investigation No. 337-TA-853.  In view of the stay in this action,

IT IS HEREBY ORDERED THAT the Clerk of the Court shall administratively close the file pending the stay of this action.  Nothing further will take place in this action unless otherwise ordered by the Court.  The parties are instructed to submit status reports to the Court every six months, apprising the Court of the status of the Commission's investigation.

IT IS SO ORDERED.

Dated: 10/16/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge