| | |
|---|---|
| JAMES C. OTTESON, SBN 157781<br>jim@agilityiplaw.com<br>THOMAS T. CARMACK, SBN 229324<br>tom@agilityiplaw.com<br>PHILIP W. MARSH, SBN 276383<br>phil@agilityiplaw.com<br>AGILITY IP LAW, LLP<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 227-4800<br>Facsimile: (650) 318-3483<br><br>Attorneys for Plaintiffs<br>TECHNOLOGY PROPERTIES<br>LIMITED and<br>ALLIACENSE LIMITED | MICHAEL J. BETTINGER, SBN 122196<br>mike.bettinger@klgates.com<br>IRENE I. YANG, SBN 24564<br>irene.yang@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111-5994<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br><br>Attorneys for Defendant Amazon.com, Inc. |

CHARLES T. HOGE, SBN 110696
choge@knlh.com
KIRBY NOONAN LANCE & HOGE
35 Tenth Avenue
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>           Plaintiffs,<br><br>   vs.<br><br>AMAZON.COM, INC.,<br><br>           Defendant. | Case No. 12-cv-03861-SBA<br><br>**NOTICE OF DISMISSAL** |

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation ("Plaintiffs") voluntarily dismisses Defendant AMAZON.COM, INC. ("Amazon") with prejudice, Amazon having served neither an answer nor a motion for summary judgment.

Dated: September 17, 2013

Respectfully submitted,

AGILITY IP LAW, LLP

/s/ James C. Otteson
James C. Otteson
Thomas Carmack
Philip Marsh
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 227-4800

Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED LLC and PHOENIX DIGITAL SOLUTIONS LLC

KIRBY NOONAN LANCE & HOGE LLP

/s/ Charles T. Hoge
Charles T. Hoge
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: (619) 231-8666

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION